IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk | Date: June 13, 2008 |
| Darlene Martinez, Court Reporter | |
| Kurt Thoene, Probation Officer | |

Criminal Action No. 04–cr–00514–EWN

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Pegeen Rhyne |
|     Plaintiff, | |
| v. | |
| 26. TREY STAPLES, | Arthur Nieto |
|     Defendant. | |

---

## COURTROOM MINUTES

---

**Hearing on Motion for Sentencing Reduction**

**4:16 p.m.**    Court in session.

Court calls case and appearances. Defendant's presence has been waived.

Discussion regarding motion, #1694, and PSR Addendum.

Court's findings.

**ORDERED:   1.    Defendant's Motion to Reduce Terms of Imprisonment Under Title 18 U.S.C. § 3582(c)(2) (#1655, filed March 14, 2008) is GRANTED. Defendant's sentence is reduced to 132 months.**

**ORDERED: 2.	Defendant's Response to Court Order Dated March 17, 2008, and Prayer for Miscellaneous Relief (#1694, filed April 16, 2008) is GRANTED.**

**ORDERED: 3.	Probation Officer shall prepare an amended judgment.**

**4:24 p.m.**	Court in recess.

Hearing concluded.

Total time: 00:08